41 So.2d 413

## Sid BARNETT v. W. E. PATILLO.
### 6 Div. 920.

Supreme Court of Alabama.
June 23, 1949.

W. Marvin Scott, of Cullman, for petitioner.

Herman J. Stewart, of Cullman, opposed.

LAWSON, Justice.

Petition of Sid Barnett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Barnett v. Patillo, 41 So.2d 412.

Writ denied.

FOSTER, SIMPSON and STAKELY, JJ., concur.